v.

**SPECTRUM TRACER SERVICES, L.L.C., Appellee.**

Nos. 2015–1789, 2015–1790.

United States Court of Appeals, Federal Circuit.

April 7, 2016.

**INVENTOR HOLDINGS, LLC, Plaintiff–Appellant**

v.

**BED BATH & BEYOND, INC., Defendant–Appellee.**

No. 2015–1988.

United States Court of Appeals, Federal Circuit.

April 7, 2016.

Richard Charles Weinblatt, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

David Brandon Conrad, Fish & Richardson P.C., Dallas, TX, argued for defendant-appellee. Also represented by Ricardo Bonilla, Neil J. McNabnay; John A. Dragseth, Minneapolis, MN.

WALLACH, PLAGER, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**